UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERRICO MCKEE (#365054)

VERSUS

LYNN COOPER, ET AL

CIVIL ACTION

NO. 10-841-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 13, 2012 (doc. 13), and plaintiff's opposition filed September 14, 2012 (doc. 14).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Jirrico McKee's is denied.

Baton Rouge, Louisiana, September 18, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA